# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**CECELIA DAVIS,**

    **Plaintiff,**

v.                            **CASE NO: 8:21-CV-01363-MSS-CPT**

**PINNACLE HEALTH FACILITIES XXXIII, LP**

    **Defendant.**

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08(a) Plaintiff, CECELIA DAVIS, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, PINNACLE HEALTH FACILITIES XXXIII, LP, has been settled.

Dated this 19th day of December 2025.

                                           Respectfully submitted,

                                           */s/ Christopher J. Saba*
                                           Christopher J. Saba
                                           Florida Bar No. 092016
                                           Wenzel Fenton Cabassa P.A.
                                           1110 N. Florida Avenue
                                           Suite 300
                                           Tampa, Florida 33602
                                           Main No.: 813-224-0431
                                           Facsimile No.: 813-229-8712
                                           Email: csaba@wfclaw.com
                                           Email: tsoriano@wfclaw.com
                                           **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of December, 2025, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to:

Cathy M. Stutin, Esquire
Fisher & Phillips LLP
450 E. Las Olas Boulevard
Suite 800
Fort Lauderdale, FL 33301
Email: cstutin@fisherphillips.com

                                                    */s/ Christopher J. Saba*
                                                    Christopher J. Saba